**IT IS ORDERED as set forth below:**



Date: December 10, 2021

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Chapter 13 |
| DAVONTEA JEROME MALLETT, SR. ) | | Judge Paul W. Bonapfel |
| ANGEL ALEXIS MARIAH MALLETT, ) | | Bankr. Case No. 21-41154 PWB |
|    Debtors. ) | | |
| ) | | |
| SEVEN HILLS RENTALS, INC., ) | | |
|    Movant, ) | | |
| ) | | |
|    vs. ) | | MOTION FOR RELIEF FROM |
| ) | | AUTOMATIC STAY |
| DAVONTEA JEROME MALLETT, SR. ) | | NO OPPOSITION ORDER |
| ANGEL ALEXIS MARIAH MALLETT, ) | | |
|    Debtors, ) | | |
|    K. EDWARD SAFIR, Trustee, ) | | |
|    Respondents. ) | | |

     Movant herein, Seven Hills Rentals, Inc., having filed a Motion for Relief from the

Automatic Stay, and same having come before the Court for hearing on December 1, 2021, and

Movant having shown that it has an interest in a certain leasehold premises being and located at

411 Nixon Avenue, Apt. B, Rome, Georgia; and that a lease was entered into by Movant and

Debtors and that it expired by its own terms prior to this bankruptcy filing; and that the lease is

in default; and that Movant filed a Motion to Lift the Automatic Stay; and that Movant contends that the Debtors failed to make pre- and post-petition rental payments to Movant; and that Movant has shown that the lease is of inconsequential value and is burdensome to the estate; and that Debtors by and through Debtors' counsel, Jessica C. Glover, having announced no opposition; and that neither the Chapter 13 Trustee nor other party of interest having opposition to the relief requested in the Motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Rule 4001(a)(3) is waived and the automatic stay pursuant to 11 U.S.C. § 362 is terminated as to the lease and premises;

IT IS FURTHER ORDERED that Movant may exercise any and all dispossessory rights it may have against Debtors pursuant to State Law, but that Movant may not seek pre-petition or post-petition rental arrears, costs, fees, or other expenses incurred by Movant, as any lease will be deemed rejected upon confirmation of Debtors' plan thus rendering collection of such rental arrears, costs fees and expenses unrecoverable as long as this bankruptcy case shall remain pending or Debtors are discharged.

END OF DOCUMENT

SIGNATURES ON NEXT PAGE

Prepared and Submitted by:

*Law Office of J. Andrew Owens, LLC*
Attorney for Movant

s:/ J. Andrew Owens
J. Andrew Owens
GA State Bar No. 557455
P.O. Box 627
Rome, GA 30162
(706) 528-5830 phone
(706) 608-4650 fax
jaowenslaw@outlook.com

No Opposition:

Attorney for Debtors
s:/Jessica C. Glover
Jessica C. Glover
Law Office of Jeffrey B. Kelly
GA State Bar No. 561527
107 E. 5th Ave.
Rome, GA 30161

Chapter 13 Trustee
s:/ Brandi Kirkland
Attorney for Chapter 13 Trustee
GA State Bar No. 423627
Office of K. Edward Safir
Suite 2200
191 Peachtree St., NW
Atlanta, GA 30303

**DISTRIBUTION LIST**

Jessica C. Glover
Law Office of Jeffrey B. Kelly
107 E. 5th Ave.
Rome, GA 30161

Davontea Jerome Mallett Sr.
411 Nixon Ave SW
Apt B
Rome, GA 30161

Angel Alexis Mariah Mallett
411 Nixon Ave SW
Apt B
Rome, GA 30161

J. Andrew Owens
Law Office of J. Andrew Owens, LLC
P.O. Box 627
Rome, GA 30162

K. Edward Safir
Chapter 13 Trustee
Office of K. Edward Safir
Suite 2200
191 Peachtree St., NW
Atlanta, GA 30303